UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60544-Civ-Ryskamp/Torres
(Criminal Case No. 97-6063-Cr-Ryskamp)

BARBARA ANN MURRAY,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**UNITED STATES' RESPONSE TO PETITIONER'S
MOTION TO REDUCE RESTITUTION PAYMENT**

THE UNITED STATES OF AMERICA, through its undersigned Assistant United States Attorney, respectfully files this response to the Petitioner's motion for an order requiring that her minimum restitution payment be reduced while she serves her sentence, and states as follows:

1. Petitioner has moved this court for an order directing her to pay a reduced payment toward her restitution during her sentence at the Federal Prison Camp at Alderson, West Virginia.

2. However, in order for petitioner to obtain a reduction in the amount of the payment, she needs first to file a BP Form 9 Administrative Remedy seeking such a reduction. According to Ms. Wood, petitioner's counselor at the Alderson Federal Prison Camp, Ms. Murray has not made even the first step toward

1

obtaining an administrative reduction in her restitution payment, which would be to file the PB Form 9.

3. If after, filing such a form, the petitioner's request was denied, she would still have a right to review of that decision administratively, through several levels of administrative review.

4. Because she has not exhausted her administrative remedies within the Bureau of Prisons, the government respectfully suggests that her motion in this court be denied pending review of her claim administratively by the Bureau of Prisons.

## CONCLUSION

WHEREFORE THE UNITED STATES OF AMERICA, for the reasons explained herein, respectfully suggests that the petitioner's motion should be denied without a hearing.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

BY: _____/s/_____
LAUREN JORGENSEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 726885
Email: Lauren.Jorgensen@usdoj.gov
500 Australian Ave., N., Suite 400
West Palm Beach, FL 33401
(561) 820-8711
(561) 659-4626 (FAX)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 6, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that a copy was also mailed to Barbara Ann Murray, #12924-014, Federal Prison Camp A-3, P. O. Box A, Alderson, WV 24910.

                                                /s/  
                                            LAUREN E. JORGENSEN  
                                            Assistant United States Attorney