UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-6063-CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARBARA ANN MURRAY,

    Defendant.
_____/

GOVERNMENT'S RESPONSE TO
PETITIONER'S MOTION FILED JANUARY 25, 2010
REGARDING PAYMENT OF RESTITUTION

THE UNITED STATES OF AMERICA, through its undersigned Assistant United States Attorney, respectfully files this response to the Petitioner's "Motion to ask the court to show that Main defendant Richard Adam has paid the restitution of $3,627,500," and states as follows:

The government, through its Financial Litigation Unit, has inquired of the Clerk of the Court as to the post-conviction payment history of defendant Richard Adam in this case. It appears that the restitution owed by defendant, Richard Adam, is not open in the court system nor in nor in the U. S. Attorney's Office collection system because the Judgment states that the restitution is suspended. This appears to relate to the availability of funds in Luxembourg which were to be transferred here to pay the restitution owed by Richard Adam.

The case is open as to all the other co-defendants for joint and several restitution as follows:

> Norman Dennis Scheurmann owes $496,000 and has paid a total of $9,975.
> Barbara Murray owes $400,000.00 and has paid $1,122.
> James Faller owes $263,616.00 and has paid $2,933.00.
> The remaining 4 defendants owe amounts ranging from $50,000.00 to $88,750.00.
> The seven defendants have paid a total **of $25,563.85.**

Richard Adam has not paid any restitution according to the Clerk's records and the Financial Litigation Unit records in Case Number 97-6063-CR-Ryskamp.

The only mechanism that the Department of Justice has for collection of judgments from assets located in foreign countries is through the Office of International Affairs in Washington D.C. They can make any inquires through procedures agreed to pursuant to a Mutual Legal Assistance Treaty (MLAT) with Luxembourg. The government will continue to pursue any available means to determine what became of the Luxembourg funds.

.

WHEREFORE, in response to the defendant's motion, the government has no objection to the defendant being provided with the restitution payment history by the Clerk of the Court.

        Respectfully submitted,

        JEFFREY H. SLOMAN
        UNITED STATES ATTORNEY

By:  s/ *Lauren E. Jorgensen*
      Lauren E. Jorgensen
      Assistant United States Attorney
      Florida Bar No. 726885
      500 Australian Avenue
      West Palm Beach, Florida 33401
      Tel: (561) 820-8711
      Fax: (561) 820-8777

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2010, the undersigned electronically filed the foregoing document, with the Clerk of the Court using CM/ECF and mailed a copy of the same *via* U. S. Mail to:  Barbara Murray, 725 Westport Turnpike, Fairfield, CT 06824.

        s/ *Lauren E. Jorgensen*
        LAUREN E. JORGENSEN
        Assistant United States Attorney