UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-6063-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Barbara Ann Murray,

    Defendant.
_____/

Order: **GRANTING** Motion Re: Restitution

    THIS CAUSE came before the Court on defendant's Motion for verification of payment of restitution, filed January 25, 2010. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby:

    ORDERED and ADJUDGED that said Motion for verification of payment of restitution is **Granted**. The Clerk's Office is hereby directed to furnish defendant Barbara Ann Murray with the restitution payment history of Richard Adam, the co-defendant in the above styled case.

    DONE and ORDERED in West Palm Beach, this __5__ day of February, 2010.

                                          KENNETH L. RYSKAMP
                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record