UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
97-6063-CR-Ryskamp

BARBARA ANN MURRAY,

    Petitioner,

vs.

```
FILED by _____ D.C.

   FEB 1 6 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.
```

UNITED STATES OF AMERICA,

    Respondent.

_____/

**DEFENDANT'S RESPONSE TO
GOVERNMENT'S RESPONSE FILED February 4, 2010
REGARDING PAYMENT OF RESTITUTION**

    **Now Comes Barbara Ann Murray,** who files this motion to ask the court to, clarify the status of the restitution for Barbara Ann Murray. In the motion dated January 23, 2010 defendant Murray asked the status of Richard Adam's restitution payments. The government's response stated that Richard Adam, the main defendant in this case, that his judgment states that restitution is suspended. Since Richard Adam's restitution has been suspended is Barbara Ann Murray's restitution resolved or suspended?

    If Barbara Ann Murray restitution is not resolved or suspended why would Richard Adam's be suspended and not hers. Based on the structure of this case Richard Adam was the leader who took the funds from the victims directly. Adam was in control of the victim's fund. Barbara Murray did not take funds from the victims she was paid by Richard Adam for office expenses.

    By way of this motion the defendant is respectively requesting that clarification of

1

the status of restitution for Barbara Ann Murray for the US probation office and Mr. Joseph Zampano in the District of Connecticut.

Respectfully Submitted

*Barbara Ann Murray*
Barbara Ann Murray Pro se
725 Westport Turnpike
Fairfield, CT. 06824
203-222-0472

## CERTIFICATE OF SERVICE

I certify that I have sent a true and correct copy of the foregoing on February 13, 2010 by mail to;

Rolando Garcia
United States Attorney's office
500 South Australian Ave., Suite 400
West Palm Beach, Florida 33416

Barbara Ann Murray, Pro se
725 Westport Turnpike
Fairfield, CT. 06824