UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 97-6063-CR-RYSKAMP

UNITED STATES OF AMERICA

    Plaintiff,

Vs.

JAMES S. FALLER II

    Defendant,

_____/

### ORDER DIRECTING THE SUSPENSION OF RESTITUTION

This Court, having previously entered a sua sponte ORDER [DE 1075] suspending the restitution of co-defendant Barbara Ann Murray. At the time of the entry of the ORDER [DE 1075] the Court had become aware that the funds of co-defendant Richard Adam were being held by the Luxembourg Government.

This Court sentenced the Defendant on April 21st, 2006 to pay restitution, joint and several, with co-defendants in the amount of $263,616.00. The restitution for Richard Adam, is suspended until such time as a resolution has been made with the Luxembourg government to release the funds claimed to be owed to the defendant (Adam) in order to pay restitution in full. Therefore it is hereby;

ORDERED and ADJUDGED that the restitution for the defendant, James S. Faller is suspended until such time as the co-defendant's, Richard Adam, suspension of restitution payments is lifted.

**DONE and ORDERED** in West Palm Beach, this ___5___ day of May, 2011.

*[signature]*

Kenneth L. Ryskamp
United States District Judge

cc: Counsel of Record
James S. Faller II